UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JESUS AMAYA, et al.,
                        Plaintiffs    :      21 Civ. 6378 (LGS)

         -against-           :      ORDER

BUILDSMART LLC, et al.
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the initial pretrial conference in this matter is scheduled for October 7, 2020;

     WHEREAS, Defendants were served on August 12, 2021 (Dkt. Nos. 7-9);

     WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendants' were required to answer or otherwise respond to the Complaint by September 2, 2021;

     WHEREAS, Defendants have not yet appeared in this case and have not timely responded to the Complaint.  It is hereby

     **ORDERED** that the October 7, 2021, initial pretrial conference is **adjourned** to **November 4, 2021, at 10:30 a.m.**  By October 28, 2021, the parties shall file a joint letter and proposed case management plan, and Defendants shall explain why they have not complied with the deadline to answer or otherwise respond to the Complaint.  If Defendants do not appear, by **October 28, 2021**, Plaintiffs shall file a proposed Order to Show Cause for Default Judgment and related papers as provided in the Court's Individual Rules.  It is further

     **ORDERED** that Plaintiffs shall serve a copy of this Order on Defendants and shall file affidavits of service no later than **October 14, 2021**.

Dated: September 28, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE