UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JESUS AMAYA, et al.,
                    Plaintiffs,

                                          21 Civ. 6378 (LGS)

          -against-

                                          ORDER

BUILDSMART LLC, et al.,
                    Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on November 15, 2021, Plaintiffs were ordered to file any Proposed Order to Show Cause for Default Judgment and related motion papers ("Default Judgment Papers") by November 23, 2021;

       WHEREAS, Plaintiffs were also ordered to file a status letter by November 23, 2021, updating the Court on any development regarding Defendants or proposing next steps;

       WHEREAS, Plaintiffs filed neither the Default Judgment Papers nor the status letter. It is hereby

       **ORDERED** that Plaintiffs shall file any Default Judgment Papers and the status letter by December 6, 2021, or shall explain why Plaintiffs should not proceed with the default. Repeated failure to comply with the Court's orders will result in dismissal for failure to prosecute.

Dated:  December 3, 2021
           New York, New York

                                                        LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE