UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESUS AMAYA, et al.,

                Plaintiffs,                          21 **CIVIL** 6378 (LGS)

      -against-                                    **JUDGMENT**

BUILDSMART LLC, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 21, 2023, the Report is ADOPTED in full. Plaintiff Amaya is awarded $21,560, Plaintiff Reyes is awarded $23,600, Plaintiff Mondragon is awarded $16,900, Plaintiff Garcia is awarded $16,900, Plaintiff Diaz is awarded $24,550, Plaintiff Cano is awarded $17,410, Plaintiff Mesia is awarded $20,880 and Plaintiff Belecela is awarded $24,850. Plaintiffs are awarded post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action, using the federal rate set forth in 28 U.S.C. § 1961. It is further ORDERED that the Default Judgment Order at Dkt. No. 44 is vacated as to Plaintiff Fuentes, and Fuentes' claims are dismissed without prejudice under Federal Rule of Civil Procedure 41 for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York
         June 22, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                        **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                        _____
                                                       **Deputy Clerk**